1  QUIN DENVIR, Bar No. 49374
   Federal Defender
2  801 I Street, Third Floor
   Sacramento, California 95814
3  Telephone: (916) 498-5700

4  Attorney for Defendant
   PAUL LAMARCHE                                    **OK/HAV**

5

6

7

8                  IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12 UNITED STATES OF AMERICA,       ) No. CR. S-05-0142 DFL
                                   )
13            Plaintiff,           )
                                   ) **STIPULATION AND [PROPOSED]**
14       v.                        ) **ORDER**
                                   )
15 PAUL LAMARCHE,                  )
                                   )
16            Defendant.           )
                                   )
17 _____  )

18

19       It is hereby stipulated between the parties, Laurel White,
20 Assistant United States Attorney, attorney for Plaintiff, and Quin
21 Denvir, attorney for defendant, Paul LaMarche, that the status
22 conference currently calendered for May 5, 2005 should be continued to
23 June 9, 2005 at 10:00 a.m.
24       Defense counsel requires additional time to analyze the
25 discovery, confer with the defendant, and discuss possible resolution
26 with the government.
27       The parties agree and stipulate that the time period from
28

                                    1

May 5, 2005 through and including June 9, 2005 should be excluded pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T-4 for defense preparation.

Dated: May 2, 2005

Respectfully submitted,

/s/
QUIN DENVIR
Federal Defender

Attorney for Defendant
Paul LaMarche


MCGREGOR SCOTT
United States Attorney

Dated:  May 3, 2005                /s/ Quin Denvir
per telephonic authorization
to sign for
LAUREL WHITE
Assistant U.S. Attorney


**O R D E R**

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

Dated: May 3, 2005


DAVID F. LEVI
United States District Judge

U.S. v. LaMarche
CR S-05-142 DFL
Stip/Proposed Order                2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

U.S. v. LaMarche
CR S-05-142 DFL
Stip/Proposed Order                3