1  QUIN DENVIR, Bar No. 49374
   Federal Defender
2  801 I Street, Third Floor
   Sacramento, California 95814
3  Telephone: (916) 498-5700

4  Attorney for Defendant
   PAUL LAMARCHE
5
                                              **OK/HAV**
6

7

8                 IN THE UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12 UNITED STATES OF AMERICA,       ) No. CR. S-05-0142 DFL
                                   )
13              Plaintiff,         )
                                   ) **STIPULATION AND [PROPOSED]**
14       v.                        ) **ORDER**
                                   )
15 PAUL LAMARCHE,                  )
                                   )
16              Defendant.         )
                                   )
17 _____   )

18

19        It is hereby stipulated between the parties, Laurel White,
20 Assistant United States Attorney, attorney for Plaintiff, and Quin
21 Denvir, attorney for defendant, Paul LaMarche, that the status
22 conference currently calendered for June 9, 2005 should be continued
23 to August 25, 2005 at 10:00 a.m.
24        Defense counsel requires additional time to confer with the
25 defendant, and discuss possible resolution with the government.
26        The parties agree and stipulate that the time period from
27 June 9, 2005 through and including August 25, 2005 should be excluded
28

                                    1

pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T-4 for defense preparation.

Dated: May 24, 2005

                                    Respectfully submitted,

                                    /s/ Quin Denvir
                                    QUIN DENVIR
                                    Federal Defender

                                    Attorney for Defendant
                                    Paul LaMarche


                                    MCGREGOR SCOTT
                                    United States Attorney

Dated: May 24, 2005                 /s/ Quin Denvir
                                    per telephonic authorization
                                    to sign for
                                    LAUREL WHITE
                                    Assistant U.S. Attorney

**O R D E R**

    FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

                                    /S/   David F. Levi

Dated: 5/25/2005               DAVID F. LEVI
                                    Chief United States District Court Judge