1  QUIN DENVIR, Bar No. 49374
   Federal Defender
2  801 I Street, Third Floor
   Sacramento, California 95814
3  Telephone: (916) 498-5700

4  Attorney for Defendant
   PAUL LAMARCHE                              OK/HAV

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR. S-05-0142 DFL |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **STIPULATION AND [PROPOSED]** |
| v. | ) | **ORDER** |
| | ) | |
| PAUL LAMARCHE, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

It is hereby stipulated between the parties, Laurel White, Assistant United States Attorney, attorney for Plaintiff, and Quin Denvir, attorney for defendant, Paul LaMarche, that the status conference currently calendered for August 25, 2005 should be advanced to July 26, 2005 at 10:00 a.m. for change of plea.

Respectfully submitted,

Dated: July 13, 2005        /s/ Quin Denvir
                            QUIN DENVIR
                            Federal Defender

                            Attorney for Defendant
                            Paul LaMarche

1

```
                                    MCGREGOR W. SCOTT
                                    United States Attorney


Dated:  July 13, 2005               /s/ Quin Denvir
                                    per telephonic authorization to sign for
                                    LAUREL WHITE
                                    Assistant U.S. Attorney
```

**O R D E R**

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

Dated: July 15, 2005

_____
DAVID F. LEVI
United States District Judge

U.S. v. LaMarche
CR S-05-142 DFL
Stip/Proposed Order                 2