```
 1  QUIN DENVIR, Bar No. 49374
    Federal Defender
 2  801 I Street, Third Floor
    Sacramento, California 95814
 3  Telephone: (916) 498-5700

 4  Attorney for Defendant                    OK/HAV
    PAUL LAMARCHE
 5
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR. S-05-0142 DFL |
| ) Plaintiff, ) | |
| ) v. ) | **STIPULATION AND [PROPOSED] ORDER** |
| ) PAUL LAMARCHE, ) ) Defendant. ) _____ ) | |

Plaintiff United States of America, by its counsel, Assistant United States Attorney Laurel White, and defendant, Paul LaMarche, by his counsel Federal Defender Quin Denvir, hereby stipulate and agree that the judgment and sentencing in the above-captioned case should be continued from October 20, 2005 to Thursday, November 17, 2005 at 10:00 a.m.

Respectfully submitted,

MCGREGOR W. SCOTT
United States Attorney

Dated: September 26, 2005     /s/ Quin Denvir
                              per telephonic authorization to sign for
                              LAUREL WHITE
                              Assistant U.S. Attorney

1

1  Dated: September 26, 2005        /s/ Quin Denvir
                                    QUIN DENVIR
2                                   Federal Defender

3                                   Attorney for Defendant
                                    Paul LaMarche
4

5

6

7

8
                          **O R D E R**
9

10      FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

11

12                                  /s/ David F. Levi
    Dated: _September 28_, 2005     DAVID F. LEVI
13                                  Chief United States District Judge

14

15

...

28  U.S. v. LaMarche
    CR S-05-142 DFL
    Stip/Proposed Order            2