DANIEL J. BRODERICK, Bar #89424
Acting Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
PAUL ALFRED LAMARCHE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR-S-05-142-DFL |
| Plaintiff, | |
| v. | REQUEST FOR ORDER AND ORDER EXONERATING BOND |
| PAUL ALFRED LAMARCHE, | |
| Defendant. | Judge: Hon. David F. Levi |

On or about April 15, 2005, a $150,000 appearance bond, secured by a deed against the real property of Judith N. Delameter and Paul A. LaMarche, as Husband and Wife, 5437 N. Staples Way, Linden, CA 95236-9555, was posted on behalf of Paul Alfred Lamarche, Case No. CR-S-05-142-DFL, based on an Indictment filed in this district on April 7, 2005.

On or about July 27, 2005, Mr. Lamarche entered a guilty plea as charged and the matter set for judgment and sentencing on November 17, 2005.

Thereafter, or about November 17, 2005, Mr. Lamarche was sentenced to 57 months BOP followed by a 60 month term of supervised release

and was remanded into custody.  He is presently serving his sentence at Taft Correctional Institution with a projected release date of December 29, 2009.

It is hereby requested that the $150,000 secured appearance bond be exonerated in the above-captioned case and that the Clerk of the District Court be directed to reconvey back to the Trustors the deed of trust, received by the Clerk on or about April 15, 2005.

Dated:  February 16, 2006

Respectfully submitted,

/s/ Daniel J. Broderick
_____
DANIEL J. BRODERICK
Acting Federal Defender
On Behalf of Defendant
PAUL ALFRED LAMARCHE

**O R D E R**

IT IS HEREBY ORDERED that the bail bond in the amount of $150,000.00 posted by Judith N. Delameter and Paul A. LaMarche, as Husband and Wife, and secured by a Deed of Trust for their property located at 5437 N. Staples Way, Linden, CA 95236-9555, is hereby exonerated and the Clerk of the District Court is directed to reconvey back to the Trustor the deed of trust received by the Clerk on or about April 15, 2005.

Dated: 2/16/2006

_____
DAVID F. LEVI
United States District Judge